UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

           Plaintiff,

v.

D-1 KYLE T. MANTHE,

           Defendant.
                                         /

Case: 2:20−cr−20586
Assigned To : Berg, Terrence G.
Referral Judge: Stafford, Elizabeth A.
Assign. Date : 12/2/2020
Description: INFO USA V. MANTHE (NA)

VIOLATION: 8 U.S.C. § 1325(a)

## **INFORMATION**

THE UNITED STATES ATTORNEY CHARGES:

**COUNT ONE: (Misrepresentation and Concealment of Facts – 8 U.S.C. § 1325(a)(3))**

D-1 KYLE T. MANTHE,

    On or about October 23, 2019, within the Eastern District of Michigan, Southern Division, KYLE T. MANTHE, aided and abetted an alien to obtain entry into the United States by the willful concealment of a material fact, in violation of Title 8, United States Code, Section 1325(a)(3) and Title 18, United States Code, Section 2.

                        MATTHEW SCHNEIDER
                        United States Attorney

| s/Jonathan Goulding | s/Barrington Wilkins |
|---|---|
| Assistant United States Attorney | Assistant United States Attorney |
| 211 W. Fort Street, Suite 2001 | 211 W. Fort Street, Suite 2001 |
| Detroit, MI   48226 | Detroit, MI   48226 |
| (313) 226-9742 | (313) 226-9621 |
| Jonathan.goulding@usdoj.gov | barrington.wilkins@usdoj.gov |

Dated: December 2, 2020

| United States District Court<br>Eastern District of Michigan | **Criminal Case Cover Sheet** | Case Number<br>20-20586 |
|---|---|---|

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete it accurately in all respects.

| **Companion Case Information** | **Companion Case Number:** |
|---|---|
| This may be a companion case based upon **LCrR 57.10 (b)(4)**[1]: | **Judge Assigned:** |
| ☐ Yes   ☒ No | **AUSA's Initials:** |

**Case Title:** USA v. Kyle Manthe

**County where offense occurred:** Wayne

**Check One:**   ☐ Felony   ☒ Misdemeanor   ☐ Petty

    ____Indictment/____Information --- **no** prior complaint.
    ____Indictment/ ✓ Information --- based upon prior complaint [**Case number:** 20-mj-30014 ]
    ____Indictment/____Information --- based upon **LCrR 57.10 (d)** *[Complete Superseding section below]*.

**Superseding Case Information**

**Superseding to Case No:** _____   **Judge:** _____

☐ Corrects errors; no additional charges or defendants.
☐ Involves, for plea purposes, different charges or adds counts.
☐ Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|
| | | |

Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.

December 2, 2020
Date

s/C. Barrington Wilkins
C. Barrington Wilkins
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI  48226-3277
Phone: (313) 226-9621
Fax:   (313) 226-4678
E-Mail address: barrington.wilkins@usdoj.gov
Attorney Bar #:

---

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, or (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.